IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| REGINA TAYLOR, Individually and as Administratrix of the Estate of Larry S. Taylor, | ) ) ) ) |
| Plaintiff, | ) No. _____ ) |
| v. | ) ) |
| AMERICAN INTERNATIONAL GROUP, INC. (AIG) and/or d/b/a CHARTIS INSURANCE, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant American General Life Insurance Company ("AGLIC"), incorrectly identified in the Complaint as "American International Group, Inc. and/or Chartis Insurance", hereby removes this case to this Court from the Circuit Court for Giles County, Tennessee, and states as follows:

1. On April 23, 2013, Plaintiff filed with the Circuit Court for Giles County the Complaint filed herewith as <u>Exhibit 1</u>. Other filings in said court are also included within said exhibit.

2. AGLIC was served with the Complaint and Summons on or about June 4, 2013.

3. Plaintiff's claims relate to the payment of a death benefit due under an employment welfare plan governed by the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1001 *et seq.* ("ERISA").

4. Under applicable law, any and all of Plaintiff's claims are preempted by ERISA. Therefore, Plaintiff's claims present a question of federal law, invoking this Court's jurisdiction under 28 U.S.C. § 1331.

5. AGLIC is filing with the Circuit Court for Giles County a notice of the filing of this Notice of Removal.

WHEREFORE, AGLIC gives notice of the removal of this action to this Court and prays that any further proceedings in the Circuit Court for Giles County be halted.

Respectfully submitted,

/s/ David L. Johnson
David L. Johnson (#18732)
BUTLER, SNOW, O'MARA, STEVENS &
CANNADA PLLC
The Pinnacle at Symphony Place
150 Third Avenue South, Suite 1600
Nashville, TN 37201
(615) 651-6700
(fax) (615) 651-6701
David.johnson@butlersnow.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via the U.S. District Court's ECF filing system and via U.S. Mail, postage prepaid, upon the following:

Ben Boston
Charles W. Holt, Jr.
Ryan Durham
BOSTON, HOLT, SOCKWELL & DURHAM, PLLC
235 Waterloo Street, P. O. Box 357
Lawrenceburg, TN 38464

this 11th day of June, 2013.

/s/ David L. Johnson
David L. Johnson

ButlerSnow 16456409v1