IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| REGINA TAYLOR, Individually and as Administratrix of the Estate of Larry S. Taylor, | )<br>)<br>) |
| Plaintiff, | ) No. 1:13-cv-00056 |
| v. | ) Judge Haynes |
| AMERICAN INTERNATIONAL GROUP, INC. (AIG) and/or d/b/a CHARTIS INSURANCE, | ) Magistrate Judge Knowles |
| Defendant. | ) |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) |
| Counter-Plaintiff/Third-Party Plaintiff, | ) |
| v. | ) |
| REGINA TAYLOR, | ) |
| Counter-Defendant | ) |
| and | ) |
| LYNNADA TAYLOR, JONATHAN EVANS and JACOB EVANS, | ) |
| Third-Party Defendants. | ) |

## JOINT MOTION

The parties jointly request that the initial case management conference, currently set for August 19, 2013, be rescheduled for approximately thirty (30) days. As grounds for this motion, the parties submit that they feel that they are close to reaching a settlement agreement and would prefer to spare attorney's fees and expenses in connection with participation in the initial case management conference.

Respectfully submitted,

/s/ David L. Johnson
David L. Johnson (#18732)
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC
Suite 1600
150 Third Avenue, South
Nashville, TN 37201
(615) 503-651-6700
David.johnson@butlersnow.com

*Attorneys for Defendant/Counter-Plaintiff/
Third-Party Plaintiff*


/s/ Ben Boston
Ben Boston (#11800)
Charles W. Holt, Jr. (#05338)
Ryan Durham (#22073
BOSTON, HOLT, SOCKWELL &
DURHAM, PLLC
235 Waterloo Street, P. O. Box 357
Lawrenceburg, TN 38464
benbosto@bellsouth.net
cwholtjr@bellsouth.net
ryandurham@bellsouth.net

*Attorneys for Plaintiff/Counter-Defendant
Regina Taylor*


/s/ Joe Fowlkes
Joe Fowlkes (#002910)
FOWLKES & GARNER, ATTORNEYS
109 West Madison Street
Pulaski, TN 38478
(931) 363-6116
joefowlkes@fowlkesgarner.com

*Attorneys for Third-Party Defendant Lynnada
Taylor*

/s/Stanley K. Pierchoski
Stanley K. Pierchoski (#022235)
PIERCHOSKI LAW FIRM
103 North First Street
Pulaski, TN 38478
(931) 363-7222
pierchoskilawfirm@hotmail.com

*Attorneys for Third-Party Defendants*
*Jonathan Evans and Jacob Evans*

ButlerSnow 17350196v1