IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| REGINA TAYLOR, Individually and as Administratrix of the Estate of Larry S. Taylor, | |
| Plaintiff, | No. 1:13-cv-00056 |
| v. | Judge Haynes |
| AMERICAN INTERNATIONAL GROUP, INC. (AIG) and/or d/b/a CHARTIS INSURANCE, | Magistrate Judge Knowles |
| Defendant. | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | |
| Counter-Plaintiff/Third-Party Plaintiff, | |
| v. | |
| REGINA TAYLOR, | |
| Counter-Defendant | |
| and | |
| LYNNADA TAYLOR, JONATHAN EVANS and JACOB EVANS, | |
| Third-Party Defendants. | |

*ORDER*

*This motion is GRANTED*

*[signature]*
*8-16-13*

## JOINT MOTION

The parties jointly request that the initial case management conference, currently set for August 19, 2013, be rescheduled for approximately thirty (30) days. As grounds for this motion, the parties submit that they feel that they are close to reaching a settlement agreement and would prefer to spare attorney's fees and expenses in connection with participation in the initial case management conference.