IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| REGINA TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:13-cv-00056 |
| v. ) | Chief Judge Haynes |
| ) | |
| AMERICAN INTERNATIONAL GROUP, ) | |
| INC. d/b/a CHARTIS INSURANCE ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in open court, the Court hereby sets this matter for a Status Conference on Friday, November 15, 2013 at 2:00 p.m. at the United States Courthouse in Columbia, Tennessee.

It is so **ORDERED**.

ENTERED this the 21st day of October, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court