IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| REGINA TAYLOR, Individually and as Administratrix of the Estate of Larry S. Taylor, | )<br>)<br>)<br>) |
| Plaintiff, | ) No. 1:13-cv-00056<br>) |
| v. | ) Judge Haynes<br>) |
| AMERICAN INTERNATIONAL GROUP, INC. (AIG) and/or d/b/a CHARTIS INSURANCE, | ) Magistrate Judge Knowles<br>)<br>)<br>) |
| Defendant. | )<br>) |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Counter-Plaintiff/Third-Party Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| REGINA TAYLOR, | )<br>) |
| Counter-Defendant | )<br>) |
| and | )<br>) |
| LYNNADA TAYLOR, JONATHAN EVANS and JACOB EVANS, | )<br>)<br>) |
| Third-Party Defendants. | ) |

## AGREED ORDER

As evidenced by the signatures of counsel to the parties below, the parties have reached an agreement that will resolve any and all claims related to Defendant/Counter-Plaintiff/Third-Party Plaintiff American General Life Insurance Company ("AGLIC"), incorrectly identified in the Complaint as "American International Group, Inc. and/or Chartis Insurance." For good cause shown,

the Court finds that the parties' Joint Motion For Defendant to Deposit Funds and be Dismissed and for Case to be Remanded to State Court shall be GRANTED. Accordingly, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Within twenty days after entry of this Order, AGLIC shall deposit the benefits in this case under Policy No. PAI 0008063942 ("the Policy") issued to Johnson Controls, Inc. in the total principal amount of $338,000.00 (reflecting $300,000.00 in death benefit, $2,000.00 in tuition benefit, and $36,000.00 in family income benefit), together with interest in the total amount of $25,904.87, for a grand total of $363,904.87 (hereinafter "the Deposit Amount") with the Circuit Court Clerk of Giles County, Tennessee.

2. Upon AGLIC depositing the Deposit Amount, any and all claims by or against AGLIC that have been asserted or that could have been asserted in this civil action by each of the parties are hereby dismissed with prejudice; and AGLIC, Johnson Controls, Inc. and their officers, directors, agents, employees, attorneys, affiliated companies, predecessors, and successors, are released and discharged from any and all liability related to the benefits and the Policy.

3. Any and all claims among the remaining parties, including concerning entitlement to the death benefit, are reserved.

4. This case is hereby REMANDED to the Circuit Court for Giles County, Tennessee.

5. This ORDER shall be deemed a final judgment in accordance with Fed. R. Civ. P. 54(b), there being no just reason for delay.

WILLIAM J. HAYNES
UNITED STATES DISTRICT JUDGE
11-14-13

2

Case 1:13-cv-00056   Document 15-1   Filed 11/13/13   Page 2 of 4 PageID #: 62