UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| REGINA TAYLOR | ) | |
| | ) | |
| v. | ) | NO. 1:13cv0056 |
| | ) | CHIEF JUDGE HAYNES |
| AMERICAN INTERNATIONAL GROUP, INC. | ) | |
| d/b/a CHARTIS INSURANCE | ) | |
| | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/14/2013.

      KEITH THROCKMORTON, CLERK
      s/Tina M. Webster, Deputy Clerk